

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2022

No. 04-22-00100-CV

**IN THE INTEREST OF B.Z.B AND B.Z.H.**, Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM507605
Honorable Eric J. Rodriguez, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is unable to afford to pay court costs; no costs of court are taxed for this appeal.

It is so **ORDERED** on April 27, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court